UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:13CR351 CEJ DDN |
| ) | |
| THEODORE HEEGE, ) | |
| ) | |
| Defendant. ) | |

### ORDER CONCERNING PRETRIAL DETENTION

On September 11, 2013 defendant Theodore Heege came before the Court for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142, to determine whether Defendant should be released on conditions or be detained. The Government had filed a motion for Pretrial Detention of Defendant, (Doc. 13).

Based on Pretrial Services Reports from the Eastern District of Missouri and testimony given during the detention hearing, the Court finds that the Defendant shall be released on a secured bond with conditions recommended by the pretrial services officers.

**IT IS HEREBY ORDERED** that the Government's Motion for Pretrial Detention of Defendant, (Doc. 13) is **DENIED**.

**IT IS FURTHER ORDERED** Defendant shall execute a bond or an agreement to forfeit upon failing to appear as required Ten Thousand Dollars ($10,000) secured by ten percent (10%), and post with the clerk of the court the sum of One Thousand Dollars ($1,000) in cash.

**IT IS FINALLY ORDERED** that upon posting of the bond a bond hearing shall be scheduled by the undersigned.

Dated this 11th day of September, 2013.

                                              /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE